CHRISTOPHER CHIOU
Acting United States Attorney
Nevada Bar Number 14853
SUSAN CUSHMAN
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: 702.388.6336
Fax: 702.388-6418
Susan.cushman@usdoj.gov
*Attorneys for the United States*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:93-cr-00134-RFB-RJJ |
| Plaintiff, | **Motion to Dismiss the Indictment Without Prejudice and Quash Arrest Warrant** |
| v. | |
| EDUARDO DELOS REYES, | |
| Defendant. | |

On January 19, 1994, DELOS REYOS was charged by a federal grand jury with Conspiracy to Distribute a Controlled Substance in violation of 21 U.S.C. §§ 841(a)(1) and 846. (#53). An arrest warrant was also issued that same day (#64A). DELOS REYES has never been located by the FBI, the investigating agency, and DELOS REYES has never appeared before this court.

Given the age of the case, interest of justice calls for dismissing the pending action.

Pursuant to Federal Rule of Criminal Procedure 48(a), the government hereby moves for leave of Court to dismiss the Indictment without prejudice and quash the arrest warrant.

Respectfully submitted this 12th day of October, 2021.

                                           CHRISTOPHER CHIOU
                                           Acting United States Attorney

                                           */s/ Susan Cushman*
                                           SUSAN CUSHMAN
                                           Assistant United States Attorney

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     v.<br><br>EDUARDO DELOS REYES,<br><br>            Defendant. | Case No. 2:93-cr-00134-RFB-RJJ<br><br>**Proposed Order Granting Motion to Dismiss the Indictment Without Prejudice and Quash the Arrest Warrant** |

Pursuant to Federal Rule of Criminal Procedure 48(a), and upon leave of Court, the United States hereby dismisses without prejudice the Indictment against Defendant EDUARDO DELOS REYES and quash the arrest warrant.

          CHRISTOPHER CHIOU
          Acting United States Attorney

          */s/ Susan Cushman*
          SUSAN CUSHMAN
          Assistant United States Attorney

Leave of Court is granted for the filing of the above dismissal.

DATED this  28th  day of  October , 2021.

_____
HONORABLE RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE